# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-1351
_____

ROBERT MICHAEL ARDIS, Former
Husband,

     Petitioner,

     v.

SARAH HARPER ARDIS, Former
Wife,

     Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


September 24, 2021


PER CURIAM.

The petition for writ of prohibition is denied on the merits. *See* Fla. R. Gen. Prac. & Jud. Admin. 2.330(i).

B.L. THOMAS, ROBERTS, and BILBREY, JJ., concur.

———————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————————

Michael J. Mooney, Jr., of Michael J. Mooney, Jr., P.A., Tampa, for Petitioner.

No appearance for Respondent.